No. 91–6129.  DOWLING *v.* KAMBER ET AL.  C. A. 11th Cir. Certiorari denied.

No. 91–6130.  LORD *v.* ATTORNEY GENERAL OF NEW YORK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 91–6136.  BYERS *v.* ARMONTROUT, WARDEN.  C. A. 8th Cir. Certiorari denied.

No. 91–6138.  MURRAY *v.* DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES.  Sup. Ct. Fla.  Certiorari denied.

No. 91–6146.  SHUMATE *v.* SIGNET BANK.  C. A. 4th Cir.  Certiorari denied.

No. 91–6149.  SEATON-EL *v.* FITZNER ET AL.  C. A. 6th Cir. Certiorari denied.

No. 91–6152.  FELTON *v.* BARNETT, SUPERINTENDENT, EASTERN CORRECTIONAL INSTITUTION, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 91–6153.  TURNER *v.* McCARTHY ET AL.  C. A. 9th Cir. Certiorari denied.

No. 91–6155.  SMITH *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 91–6156.  HOWARD *v.* WHITLEY, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 91–6158.  JOYCE *v.* WALKER ET AL.  Ct. App. D. C.  Certiorari denied.

No. 91–6162.  PARROTT *v.* SOWDERS, WARDEN, ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 91–6167.  BURNLEY *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 91–6168.  DAVIS *v.* HARRIS, SUPERINTENDENT, GREENE CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.